### Jack GARRETT v. STATE.
### No. 14457.

Court of Criminal Appeals of Texas.
Dec. 23, 1931.

George P. Hines, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### HAWKINS, J.

Conviction is for possessing intoxicating liquor; punishment assessed being two years' confinement in the penitentiary.

Appellant has filed his affidavit with this court advising that he desires no further to prosecute his case, and the appeal is dismissed at his request.